IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT | § § § § | |
| Petitioner, | § § | |
| vs. | § § | CASE NO.: |
| LATOYA, PRINCE ARTMAN | § § § | |
| Respondent | § § | |

**PETITIONER'S MOTION TO SEAL**

Petitioner, United States Department of Homeland Security, Immigration and Customs Enforcement (ICE), files this motion to seal their Petition in the above named action. This Petition contains Respondent's personal identifying information and medical information, and Petitioner requests that the Petition be sealed pursuant to the Health Insurance Portability and Accountability Act (HIPPA). ICE requests any other relief to which they are justly entitled.

          Respectfully submitted,
          RYAN K. PATRICK
          United States Attorney

By: /s/ *Ariel N. Wiley*
     Ariel N. Wiley
     Assistant United States Attorney
     Texas Bar No. 24093366
     Federal ID No. 2554283
     1000 Louisiana, Suite 2300
     Houston, Texas 77002
     Telephone: (713) 567-9000
     Facsimile:  (713) 718-3303
     Email: ariel.wiley@usdoj.gov

     ATTORNEYS IN CHARGE FOR
     DEFENDANTS

## **CERTIFICATE OF SERVICE**

I certify that on July 22, 2019, the foregoing pleading was filed with the Court through the Court CM/ECF system on all parties and counsel registered with the Court CM/ECF system.

*/s/ Ariel N. Wiley*
Ariel N. Wiley
Assistant United States Attorney
