**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT** | § § § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **vs.** | § | **CASE NO.:** |
| | § | |
| **LATOYA, PRINCE ARTMAN** | § § | |
| | § | |
| **Respondent** | § | |

_____

## <u>ORDER</u>

The Court, having reviewed Petitioner's Motion to Seal, has found the motion to be meritorious. Petitioner's motion is HEREBY GRANTED and the Petition is SEALED.

Signed on _____, 2019, at Houston, Texas.

_____
UNITED STATES DISTRICT JUDGE